SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ELIZABETH S. BARCOHANA, Cal. Bar No. 252377
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
Email:      ccardon@sheppardmullin.com
            ebarcohana@sheppardmullin.com
            jramsey@sheppardmullin.com

Attorneys for Defendant
SIERRA TRADING POST, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA TRADING POST, INC., a Wyoming corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:13-cv-01894-JM-KSC<br>*Hon. Jeffrey T. Miller*<br><br>**CLASS ACTION**<br><br>**DEFENDANT SIERRA TRADING POST, INC.'S NOTICE OF MOTION TO DISMISS**<br><br>*Fed. R. Civ. P. 12(b)(6), 12(e)*<br><br>**Date:** Monday, October 28, 2013<br>**Time:** 10:00 a.m.<br>**Ctrm:** 5(D)<br><br>Compl. Filed:     July 14, 2013<br>Compl. Served;   July 16, 2013<br>Compl. Removed: August 13, 2013 |

TO THE ABOVE-CAPTIONED COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, October 28, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 5(D) of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, the Honorable Jeffrey T. Miller presiding, defendant Sierra Trading Post, Inc. ("STP") will and hereby does move the Court for an order dismissing Plaintiff Scott Bales ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. Alternatively, STP will and hereby does move the Court for an order requiring Plaintiff to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e).

The motion to dismiss pursuant to Rule 12(b)(6) is made on the grounds that the claim in Plaintiff's Complaint fails to state a claim upon which relief may be granted, as follows:

***Violation Of California Penal Code §§ 632 and 632.7:***

- o The Complaint fails to allege sufficient facts from which a court could conclude that STP recorded a "confidential communication," a prerequisite to a claim for violation of the Act. *See Faulkner v. ADT Services, Inc.*, 706 F.3d 1017, 1020 (9th Cir. 2013) (holding that a call to a home security company involving a "billing dispute" simply did not give rise to a claim as it was not a "confidential communication").
- o As recently held by this very Court and the District Court for the Central District of California, the Act does not apply to businesses that record or monitor calls between their employees and customers for quality assurance purposes, the very conduct alleged. *Sajfr v. BBG Communications, Inc.*, Civ. No. 10-cv-2341, 2012 WL 398991 at *6 (S.D. Cal. Jan. 10, 2012); *Shin v. Digi-Key Corp.*, No. 2:12-cv-05415, 2012 WL 5503847 at *3-4 (C.D. Cal. Sept. 17, 2012).

The alternative motion for a more definite statement pursuant to Rule 12(e) is made on the grounds that Plaintiff's Complaint is so vague or ambiguous that STP cannot reasonably prepare a response in that the Complaint jumbles together several separate causes of action into a single count.  Specifically, Penal Code sections 632 and 632.7 are mutually exclusive, and Plaintiff cannot allege a violation of both.  A more definite statement is thus required to determine what specific violation Plaintiff alleges.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider.

Dated:  September 20, 2013        SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP

By       */s/ Jay T. Ramsey*
P. CRAIG CARDON
ELIZABETH S. BARCOHANA
JAY T. RAMSEY

Attorneys for Defendant
SIERRA TRADING POST, INC.