JAMES F. CLAPP (145814)
jclapp@sdlaw.com
JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Tel:  858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA TRADING POST, INC., a Wyoming corporation; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 13-cv-01894-JM-KSC<br><br>**NOTICE OF MOTION AND MOTION TO REMAND LAWSUIT TO THE SAN DIEGO SUPERIOR COURT**<br><br>Hon. Jeffrey T. Miller<br><br>DATE: March 17, 2014<br>TIME: 10:00 a.m.<br>CTRM: 5D<br><br>Complaint Filed: July 15, 2013<br>Complaint Served: July 16, 2013<br>Complaint Removed: August 14, 2013 |

Please take notice that on March 17, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5D of the above-entitled court, located at 221 West Broadway, San Diego, California, Plaintiff Scott Bales will and hereby does move the Court for an order remanding his lawsuit to the San Diego Superior Court.

/ / /

1. This motion is made on the ground that defendant Sierra Trading Post, Inc. has failed to meet its burden of proving that the amount-in-controversy exceeds $5 million, exclusive of interest and costs.

The motion is based on this notice of motion, the supporting Memorandum of Points and Authorities, the Declaration of Zach P. Dostart, and any other documents or evidence as the Court may consider at the hearing of this motion.

Dated: February 4, 2014         DOSTART CLAPP & COVENEY, LLP


                                s/James F. Clapp
                                JAMES F. CLAPP
                                Attorneys for Plaintiff

614907.1